# *LIPMAN & BOOTH, LLC*
ATTORNEYS AT LAW
www.lipmanandbooth.com

CHRISTOPHER BOOTH
NOAH LIPMAN (RET)

11 Broadway, Suite 640
New York, New York 10004
Tel: (212) 363-6969
Fax: (212) 624-0247
cbooth@lipmanandbooth.com

February 6, 2024

The Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
Via ECF

      **Re:**    **United States v. Victor Colon**
                **Indictment 22 Cr. 293 (JPO)**
                **Motion to Permanently Return Passport**

Dear Judge Oetken:

      Mr. Colon has been sentenced in this case and on February 5, 2024 began serving his sentence. Pre-trial Services has advised that a court order is required to allow them to permanently release his U.S. Passport to his family, if no such motion is made, it would be returned to U.S. Department of State. Accordingly, it is respectfully requested that U.S. Pre-trial Services is directed to return Mr. Colon's U.S. Passport to his father, Carlos Colon.

                                                  Thank you,

                                                  /s
                                                Christopher Booth

> Granted.
> Pretrial Services is hereby directed to release custody of Mr. Colon's passport and return it to his father, Carlos Colon.
>   So ordered.
>   2/12/2024

_____
J. PAUL OETKEN
United States District Judge